

IN THE
TENTH COURT OF APPEALS

No. 10-15-00241-CV

IN THE INTEREST OF L.S., E.S., AND I.O., CHILDREN

From the 85th District Court
Brazos County, Texas
Trial Court No. 14-001789-CV-85

MEMORANDUM OPINION

Crystal O'Banion appeals the termination of her parental rights to her children. By letter dated July 15, 2015, the Clerk of this Court notified O'Banion that this appeal was subject to dismissal because it appeared that her notice of appeal was untimely. O'Banion was notified that it appeared the trial court's judgment or order was rendered on June 10, 2015. An appeal in a child termination case is governed by the rules of appellate procedure for accelerated appeals; thus, the notice of appeal was due June 30, 2015. *See* TEX. R. APP. P. 26.1(b); 28.4(a)(1). O'Banion's notice of appeal was not filed until July 2, 2015. By the same letter, the Clerk warned O'Banion that the appeal would

be dismissed unless, within 10 days from the date of the letter, a response was filed showing grounds for continuing the appeal. More than 10 days have passed, and we have not received a response.

Accordingly, this appeal is dismissed. *Id*. 42.3(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 6, 2015
[CV06]

